1474

2009–1489. State v. Hunter.
Hamilton App. No. C–080730, 2009-Ohio-3259.

2009–1496. State v. Napper.
Ross App. No.08CA3081, 2009-Ohio-3922.

2009–1499. State v. Johnson.
Cuyahoga App. No. 91567, 2009-Ohio-3088.

2009–1503. State v. Gault.
Fayette App. No. CA2008–07–025.

2009–1521. State v. Price.
Cuyahoga App. No. 90308, 2009-Ohio-3503.

2009–1524. State v. Crawford.
Richland App. No. 07–CA–116. Discretionary appeal not accepted. Motion for sanctions denied.

2009–1526. State v. Rhoten.
Summit App. No. 24487, 2009-Ohio-3362.

2009–1560. State v. Davis.
Washington App. No. 06CA39.

2009–1565. State v. Craft.
Butler App. No. CA2008–01–023.
 LANZINGER, J., dissents.

2009–1568. State v. Edwards.
Lucas App. No. L–06–1345.

2009–1651. In re Adoption of Kat.P.
Fairfield App. Nos. 09CA10 and 09CA11, 2009-Ohio-3852.

2009–1677. In re C.C.
Butler App. No. CA2009–01–030.
 O'DONNELL and LANZINGER, JJ., dissent and would accept the appeal on Proposition of Law No. II.

## RECONSIDERATION OF PRIOR DECISIONS

2007–0818. State v. Bankhead.
Hamilton App. No. C–060480, 2007-Ohio-1314. 
 On motion for reconsideration. Motion denied.

2008–0845. Allen v. totes/Isotoner Corp.
Butler App. No. CA2007–08–196. On
motion for reconsideration. Motion denied.
 PFEIFER and O'CONNOR, JJ., dissent.

2008–2471. State ex rel. Doe v. Smith.
Clermont App. No. CA2008–01–006. 
On motion for reconsideration. Motion denied.
 PFEIFER, J., dissents.

2009–0523. State ex rel. McKinney v. Defiance Cty. Court of Common Pleas.
Defiance App. No. 4–09–01. On
motion for reconsideration. Motion denied.

2009–0727. State ex rel. O'Brien v. Heimlich.
Franklin App. No. 08AP–521, 2009-Ohio-1550. 
 On motion for reconsideration. Motion denied.
 PFEIFER, LUNDBERG STRATTON, and LANZINGER, JJ., dissent.